**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| LESTER J GARCIA MORALES; SHEYLA MONROY TAY; L. J. I. G. M.; I. G. M.; J. G. M., | No. 25-1760 |
| Petitioners, | Agency Nos. A240-533-133 A240-533-134 A240-533-135 A240-533-137 A245-371-133 |
| v. | |
| PAMELA BONDI, Attorney General, | |
| Respondent. | ORDER |

Before: Richard A. Paez and Patrick J. Bumatay, Circuit Judges, and Mustafa T. Kasubhai, District Judge.[*]

Submission for this case is vacated. The Clerk is directed to reschedule oral argument to the week of March 23, 2026 in Pasadena, California. The Clerk shall reschedule argument for a date convenient for the Court and parties.

The parties are ordered to file supplemental briefs of no more than fifteen pages addressing whether the Circumvention of Lawful Pathways rule, 8 C.F.R. § 1208.33(a), is consistent the Immigration and Nationality Act, 8 U.S.C. § 1158. The parties shall file their briefs no later than Friday, March 13, 2026.

---

[*]     The Honorable Mustafa T. Kasubhai, United States District Judge for the District of Oregon, sitting by designation.

The court also invites briefs from amici curiae addressing the same question as the parties. Any person or entity wishing to file a brief as an amicus curiae in response to this order is granted leave to do so pursuant to Federal Rule of Appellate Procedure 29(a). Briefs responding to this order shall be filed no later than Friday, March 13, 2026 and shall not exceed fifteen pages.